IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RITA SANDERS LUSE, ) | |
| ) | CIVIL ACTION NO. |
| MARIANNE LIGOCKI, ) | 2:16-CV-00030-WCO |
| ) | |
| Plaintiffs, ) | JURY TRIAL DEMANDED |
| ) | |
| v. ) | |
| ) | |
| SENTINEL OFFENDER ) | |
| SERVICES, LLC, ) | |
| ) | |
| STACY MCDOWELL-BLACK, ) | |
| Probation Officer, Sentinel Offender ) | |
| Services, LLC, Cleveland, Georgia, ) | |
| ) | |
| Defendants. ) | |

## VERIFICATION OF ANSWER AND DEFENSES OF DEFENDANT SENTINEL OFFENDER SERVICES, LLC TO PLAINTIFFS' AMENDED COMPLAINT

STATE OF GEORGIA
COUNTY OF Cobb

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, MARK CONTESTABILE, on behalf of SENTINEL OFFENDER SERVICES, LLC, who, having first being sworn, deposes and states that the ANSWER AND DEFENSES OF DEFENDANT SENTINEL OFFENDER SERVICES, LLC TO PLAINTIFFS' AMENDED COMPLAINT in the above-styled

action is true and correct to the best of his personal knowledge and belief.

_/s/ Mark_____
MARK CONTESTABILE, SENTINEL
OFFENDER SERVICES, LLC

Sworn to and subscribed
before me this 4th day
of April, 2016.

_____
Notary Public

My commission expires: 1-19-2020